# FIELDS LAW FIRM

Minneapolis | Dallas | Philadelphia

| | |
|---|---|
| MERRICK B. WILLIAMS<br>ATTORNEY<br>DIRECT 612-206-3481<br>1-888-847-8517 EXT. 481<br>MERRICK@FIELDSLAW.COM | ANNIE SCHULSTAD<br>PARALEGAL<br>DIRECT 612-206-3477<br>1-888-847-8517 EXT. 477<br>ANNIE@FIELDSLAW.COM |

October 29, 2024

The Honorable Judge Ada Brown
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1312
Dallas, TX 75242-1003

*VIA ECF*

RE:   Tanya Konz v. Equifax Information Services LLC, et al.
      Court File No. 3:24-cv-2638-E

Dear Judge Brown:

Please be advised that Plaintiff Tanya Konz and Trans Union LLC have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Notice of Dismissal within 60 days. Defendants Equifax Information Services LLC and Nationstar Mortgage LLC still remain, and Plaintiff has not settled the claims with these Defendants.

Respectfully Submitted,

*/s/ Merrick B. Williams*

Merrick B. Williams
MBW/acs
Attorney

cc: All Counsel (via ECF)