# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| Tanya Konz,<br><br>      Plaintiff,<br>v.<br><br>Equifax Information Services LLC, et al.,<br><br>      Defendants. | Case No. 3:24-cv-2638-E<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Tanya Konz, by and through her undersigned counsel hereby dismisses its Complaint against Defendant Trans Union LLC **ONLY** with prejudice in the above-captioned case without costs to either party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: 11/18/2024

RESPECTFULLY SUBMITTED,

**Fields Law Firm**

*/s/ Merrick B. Williams*
**MERRICK B. WILLIAMS**
Reg. No. 300664
**FIELDS LAW FIRM**
9999 Wayzata Blvd.
Minnetonka, MN 55305
T: (612) 206-3481
F: (612) 370-4256
Merrick@fieldslaw.com


*/s/ Jonathan A. Heeps*
Jonathan A. Heeps
TX Bar No.: 24074387
Post Office Box 174372
Arlington, TX 76003
T: (682) 738-6415
F: (844) 738-6416
jaheeps@heepslaw.com

***Counsel for Plaintiff***