# FIELDS LAW FIRM

Minneapolis | Dallas | Philadelphia

| | |
|---|---|
| MERRICK B. WILLIAMS | ANNIE SCHULSTAD |
| ATTORNEY | PARALEGAL |
| DIRECT 612-206-3481 | DIRECT 612-206-3477 |
| 1-888-847-8517 EXT. 481 | 1-888-847-8517 EXT. 477 |
| MERRICK@FIELDSLAW.COM | ANNIE@FIELDSLAW.COM |

January 17, 2025

The Honorable Judge Sam A. Lindsay
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1544
Dallas, TX 75242-1003

*VIA ECF*

RE:   Tanya Konz v. Equifax Information Services LLC, et al.
      Court File No. 3:24-cv-2638-L

Dear Judge Lindsay:

Please be advised that Plaintiff Tanya Konz and Equifax Information Services LLC have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Joint Stipulation of Dismissal within 60 days. Defendant Nationstar Mortgage LLC still remains, and Plaintiff has not settled the claim with this Defendant.

Respectfully Submitted,

*/s/ Merrick B. Williams*

Merrick B. Williams
MBW/acs
Attorney

cc: All Counsel (via ECF)